**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RASHETA BUNTING, Individually and as the representative of a class of similarly situated persons,

                    Plaintiff,

         - against -

JUSTFOODFORDOGS, INC.,

                    Defendants.
-----------------------------------------------------------X

Case No.   1:23-cv-7845-MKB-JRC

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Rasheta Bunting, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against JustFoodForDogs, Inc.

Dated: Scarsdale, New York
       January 3, 2024

                              SHAKED LAW GOUP, P.C.
                              Attorneys for Plaintiff

                    By:  */s/Dan Shaked*
                        Dan Shaked, Esq.
                        14 Harwood Court, Suite 415
                        Scarsdale, NY 10583
                        Tel. (917) 373-9128
                        e-mail: ShakedLawGroup@Gmail.com